IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

SENECA HODGES                                                              PLAINTIFF

V.                                                           CAUSE NO:4:05cv205-P-B

FKI LOGISTEX and DOLLAR GENERAL                                          DEFENDANTS
CORPORATION

AGREED ORDER GRANTING PLAINTIFF ADDITIONAL
TIME TO FILE NATHANIEL FENTRESS' EXPERT REPORT

This day this cause came on before the Court on plaintiff's ore tenus motion for additional time to file Nathaniel Fentress' expert report; and being advised that defendants FKI Logistex and Dollar General Corporation interpose no objection to the motion being granted, the Court finds that the motion is well-taken. Therefore, it is:

ORDERED that plaintiff is granted additional time until May 9, 2006, in which to file Nathaniel Fentress' expert report.

This, the 9th day of May, 2006.

/s/ Eugene M. Bogen
U. S. MAGISTRATE JUDGE

SUBMITTED BY:

s/Ellis Turnage
Ellis Turnage, Attorney for
Plaintiff