IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

SENECA HODGES                                                                              PLAINTIFF

VERSUS                                                           CIVIL ACTION NO. 4:05CV205-P-B

FKI LOGISTEX and DOLLAR GENERAL
CORPORATION                                                                              DEFENDANTS

### ORDER

This cause is before the Court on the defendant Dollar General's Motion for Summary Judgment [20] and Amended Motion for Summary Judgment [51]. The Court, having reviewed the motion, the response and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motions are well-taken and should be granted inasmuch as the plaintiff's response confesses the motions.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant Dollar General's Motion for Summary Judgment [20] and Amended Motion for Summary Judgment [51] are well-taken and should be, and hereby are, GRANTED. IT IS FURTHER ORDERED that Dollar General should be, and hereby is, DISMISSED WITH PREJUDICE as a party defendant to this action.

SO ORDERED, this the 6th day of September, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE