IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**SENECA HODGES**                                                                                **PLAINTIFF**

**VERSUS**                                                               **CIVIL ACTION NO. 4:05CV205-P-B**

**FKI LOGISTEX, INC. and**
**DOLLAR GENERAL CORPORATION**                               **DEFENDANTS**

## ORDER

This cause is before the Court on the defendant FKI Logistex, Inc.'s Motion in Limine on Additional Issues [70]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

Defendant's motion requests the entry of an order precluding reference to FKI Logistex, Inc. as a large company or similar statements concerning the size of defendant. As a further matter, defendant also seeks to prohibit any reference regarding settlement or offers of settlement. Plaintiff filed no response in opposition to the instant motion. The Court finds that the defendant's motion is well-taken and should be granted

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant FKI Logistex, Inc.'s Motion in Limine on Additional Issues [70] is well-taken and should be, and hereby is, GRANTED.

SO ORDERED, this the 18th day of October, 2006.

                                                       /s/ W. Allen Pepper, Jr.
                                                       W. ALLEN PEPPER, JR.
                                                       UNITED STATES DISTRICT JUDGE