IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

SENECA HODGES                                                                                  PLAINTIFF

VERSUS                                                              CIVIL ACTION NO. 4:05CV205-P-B

FKI LOGISTEX, INC. and
DOLLAR GENERAL CORPORATION                                                          DEFENDANTS

**ORDER**

This cause is before the Court on the defendant FKI Logistex, Inc.'s Motion in Limine to Exclude Evidence of, or Reference to, Insurance During Trial [71-1]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

Defendant's motion requests the entry of an order precluding reference, whether through witnesses or exhibits, to any evidence relative to or in connection with insurance during trial. Plaintiff filed no response in opposition to the instant motion. The Court finds that the defendant's motion is well-taken and should be granted

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant FKI Logistex, Inc.'s Motion to Exclude Evidence of, or Reference to, Insurance During Trial [71-1] is well-taken and should be, and hereby is, GRANTED.

SO ORDERED, this the 18th day of October, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE